IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERALD FLETCHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:14-cv-2375 ) JUDGE CAMPBELL |
| WEST TENNESSEE FUNERAL ASSOCIATES, LLC, AND FORENSIC MEDICAL MANAGEMENT SERVICES, PLC, | ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court are motions for summary judgment filed by Defendant West Tennessee Funeral Associates, LLC (Docket No. 50) and Defendant Forensic Medical Management Services ("Forensic Medical") (Docket No. 54). For the reasons stated in the accompanying memorandum opinion, both motions are GRANTED.

The Clerk is directed to close the file, and any pending Motions are denied as moot. The pretrial conference on July 11, 2016 and the trial set for July 19, 2016 are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE